488 A.2d 346

**COMMONWEALTH of Pennsylvania**

v.

**Lynn WILLIAMS, a/k/a Len C. Williams, Appellant.**

Superior Court of Pennsylvania.

Submitted Nov. 26, 1984.

Filed Feb. 15, 1985.

John R. Cook, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy District Attorney, Pittsburgh, for Com., appellee.

Before WICKERSHAM, BROSKY and ROBERTS, JJ.

PER CURIAM:

We remand the above-captioned appeal and direct appellant to file an amended Motion for New Trial and In Arrest of Judgment with specificity. Said amended motion to be

filed, briefed and argued in such time frame as the lower court directs. Jurisdiction relinquished.